# United States District Court

## *Southern District of Georgia*

Keith Massengale

_____
Plaintiff

Case No. __4:22-cv-00164-RSB-CLR__

**v.**  Mid-Atlantic Finance Co., Inc.,
FBM Towing, LLC, MVTRAC, LLC
a/k/a MVCONNECT, LLC
_____
Defendant

Appearing on behalf of

MVTRAC, LLC a/k/a MVCONNECT, LLC
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  Timothy E. Taylor
_____

Business Address:  Kilpatrick Townsend & Stockton LLP
_____
Firm/Business Name

2001 Ross Avenue, Suite 4400
_____
Street Address

|  | Dallas | TX | 75201 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(214) 922-7145
_____
Telephone Number (w/ area code)          Georgia Bar Number

Email Address:  ttaylor@kilpatricktownsend.com
_____