# United States District Court

## Southern District of Georgia

Keith Massengale

_____
Plaintiff

v.

Mid-Atlantic Finance Co., Inc.,
FBM Towing, LLC, MVTRAC, LLC
a/k/a MVCONNECT, LLC

_____
Defendant

Case No. 4:22-cv-00164-RSB-CLR

Appearing on behalf of

MVTRAC, LLC a/k/a MVCONNECT, LLC

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of November, 2022.

*/s/ Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | John D. Robinson |
| Business Address: | Kilpatrick Townsend & Stockton LLP |
| | Firm/Business Name |
| | 2001 Ross Avenue, Suite 4400 |
| | Street Address |
| | Dallas   TX   75201 |
| | Street Address (con't)   City   State   Zip |
| | |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (214) 922-7151 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | john.robinson@kilpatricktownsend.com |